**CONTENTS OF RECORD EXCERPTS**

                                                      **APPENDIX**

REPORT FROM MEDICAL
(INMATE INJURY ASSESSMENT ROPORT) ........................ A

REQUEST TO OBTAIN ACCIDENT REPORT
FROM INSTITUTION ........................................... B

REQUEST FOR MEDICAL CARE FROM MR. CATO
TO MEDICAL DEPARTMENT ...................................... C

MEDICAL REPORTS FROM ADVANCED MEDICAL .................... D

MEDICAL REPORTS FROM INSTITUTION ......................... E

ADMINISTRATIVE REMEDIES (BP-8,9,10,11) ................... F