# APPENDIX A

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution FPC Montgomery | 2. Name of Injured Pato, Lamar | 3. Register Number 49616-019 |
|---|---|---|
| 4. Injured's Duty Assignment SPS1 | 5. Housing Assignment Mobile | 6. Date and Time of Injury 8/4/03 - 1830 |
| 7. Where Did Injury Happen (Be specific as to location) Commissary Entrance | Work Related? ☐ Yes ☒ No | 8. Date and Time Reported for Treatment 8/5/03 10A |

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

Was coming out of Commissary room & a worker was riding the empty skid cart & hit the door. I hit my hand & bumped my head in the door. No loss of Consciousness.

*Signature of Patient:* Lamar Pato

**10. Objective:** (Observations or Findings from Examination)    X-Rays Taken ___  Not Indicated ___ present
X-Ray Results

Minimal swelling to left of head, hands - no noticeable swelling @ this time. Equal bilateral grip to hands. Palpable radial/ulnar pulses

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)

Contusion to Scalp
Hand injury

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Followup)

Ice to scalp. Med line RTW 8/11/03
Ibuprofen 800mg #30 ÷ PO t.i.d. ō food
PRN ÷ (4RP). RTC y worse

**13. This Injury Required:**
- ☐ a. No Medical Attention
- ☒ b. Minor First Aid
- ☐ c. Hospitalization
- ☐ d. Other (explain)
- ☐ e. Medically Unassigned
- ☐ f. Civilian First Aid Only
- ☐ g. Civilian Referred to Community Physician

*Signature of Physician or Physician Assistant*

Stamp: D. Essex, CRNP / FPC Montgomery
O. Garcia-Brones, M.D., Clinical Director, FPC Montgomery

Self Carboned Form – If ballpoint pen is used, PRESS HARD

Original – Medical File
Canary – Safety
Pink – Work Supervisor (Work related only)
Goldenrod – Correctional Supervisor