# APPENDIX B

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Lt. Rogers SIS | DATE: Aug. 20, 2003 |
|---|---|
| FROM: Lamar Cato | REGISTER NO.: 49616-019 |
| WORK ASSIGNMENT: SOS 1 | UNIT: Mobile A Wing |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

May I respectfully have a copy of the accident or incident report involving me and Officer Rudolph on Aug. 4, 2003.
—THANKS.

(Do not write below this line)

DISPOSITION:

Signature Staff Member            Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct
and BP-S148.070 APR 94



BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                       FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Lt. Rogers SIS | DATE: Aug. 20, 2003 |
|---|---|
| FROM: Lamar Cato | REGISTER NO.: 49616-019 |
| WORK ASSIGNMENT: SOS1 | UNIT: Mobile A wing |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

May I respectfully have a copy of the accident or incident report involving me and Officer Rudolph on Aug. 4, 2003. THANKS.

(Do not write below this line)

DISPOSITION: You must request the information from the Safety Manager.

Signature Staff Member          Date  8/20/03

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94