# APPENDIX C

BP-S148.070          INMATE REQUEST TO STAFF MEMBER        CDFRM APR 94
UNITED STATES DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

TO: __Ms. Essex / PA Medical__      DATE: __Aug. 11, 2003__
    (Name and Title of Staffmember)

SUBJECT: State completely but briefly the problem on which you desire assistance a what you think should be done (GIVE DETAILS).

__I'm still having real bad headaches.__

(Use other side of page if more space is needed)

NAME: __Lamar Cato__      Reg. No.: __49616-019__
Work Assignment: __SOS 1__      Unit: __Mobile B wing__

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem in no action being taken.

DISPOSITION: (Do not write in this space)      DATE: _____

Staff Member

SEP 98

**U.S. DEPARTMENT OF JUSTICE**  FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Medical / Essex / Garcia | DATE: Aug 20, 2003 |
|---|---|
| FROM: Lamar Cato | REGISTER NO.: 49616-019 |
| WORK ASSIGNMENT: SOS 1 | UNIT: Mobile A wing |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I'm still having headaches. Headaches come and go. But at times, they are very severe.

(Do not write below this line)

DISPOSITION:

Watch call out for appt

J. Garcia-Brynes, M.D., Clinical Director
Signature Staff Member
FPC Montgomery

Date 8/21/03

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                               FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Dr. Garcia | DATE: September 05, 2003 |
|---|---|
| FROM: Lamar Cato | REGISTER NO.: 49616-019 |
| WORK ASSIGNMENT: | UNIT: Mobile B-Wing |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

    This written request to staff is very respectfully submitted to Dr. Garica pursuant to the medical consultation I had with you on September 05, 2003. During the consultation you advised me that I was okay and that I did not have any health or medical problems stemming from the injuries that I sustained on August 04, 2003, in which I was struck by a golf cart driving by Officer Rudolph. However, I state to you and reiterate that I am still having terrible headaches which are very painful causing me great discomfort and distress. Further the medications are not alleviating the pain associated with the headaches I am enduring.
    Thank you very much for your attention regarding this matter,,and am looking forward to being placed on the call-out to discuss my condition with you.at

(Do not write below this line)

DISPOSITION:



| Signature Staff Member | Date |
|---|---|
| | |

This form may be replicated via WP      This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                            FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Dr. Garcia | DATE: September 05, 2003 |
|---|---|
| FROM: Lamar Cato | REGISTER NO.: 49616-019 |
| WORK ASSIGNMENT: SOS1 | UNIT: Mobile B-Wing |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dear Dr. Garcia:

On November 26, 2003, I was brought to an outside medical facility to have a MRI Scan.

However, during the process of the MRI, the technician gave me a shot (Possibly a dye Test), I have a reaction to the test, because my back has broken out in a rash. I would appreciate for you to examine the rash on my back which was not present prior to the shot I received while at the outside medical facility. and I'm still experiencing head-aches; dizziness; memory loss, and hot flashes.

(Do not write below this line)

DISPOSITION:

Signature Staff Member                    Date

This form replaces BP-148.  
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Dr. Garcia | DATE: October 14, 2003 |
|---|---|
| FROM: Lamar Cato | REGISTER NO.: 49616-019 |
| WORK ASSIGNMENT: SOS 1 | UNIT: Mobile |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dear Mr. Garcia, I am still experiencing severe headaches on a constant basis. I would appreciate if you would schedule me an appointment, or schedule me for an appointment to visit an outside specialist at your convenience.

Thank you.

(Do not write below this line)

DISPOSITION:

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: November 17, 2003 |
|---|---|
| FROM: Lamar Cato | REGISTER NO.: 49616-019 |
| WORK ASSIGNMENT: SOS 1 | UNIT: Mobile |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am still experiencing severe headaches on a continual basis, and slight dizziness occasionally. A review of my medical file will indicate this has been ongoing for the last several months. I would appreciate to visit an outside specialist since this problem is reoccuring.

(Do not write below this line)

DISPOSITION:

Signature Staff Member                          Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct
and BP-S148.070 APR 94

BP-S148.070  
UNITED STATES DEPARTMENT OF JUSTICE

**INMATE REQUEST TO STAFF MEMBER**

CDFRM APR 94  
FEDERAL BUREAU OF PRISONS

TO: Dr. Garcia  
(Name and Title of Staffmember)

[STAMP: JAN 12 2004 BY: __]

DATE: 1/11/04

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (GIVE DETAILS).

I'm still experiencing major headaches, dizziness, memory loss, and hot flashes.

(Use other side of page if more space is needed)

NAME: Lamar Cato  
Work Assignment: SOS1  
Reg. No.: 49616-019  
Unit: Mobile A wing

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)

DATE: 1/12/04

Watch call out for appt.

J. Garcia-Brenes, M.D., Clinical Director  
FPC-Montgomery  
Staff Member

Record Copy - File, Copy - Inmate  
(This form may be replicated via WP) Replaces BP-148 of