# APPENDIX D

# Advanced Medical Imaging Center

49616-019

ORENZIO GARCIA-BRENES, MD 08-18-03
MAXWELL FEDERAL PRISON CAMP
MAXWELL, AL 36112

RE:  CATO, LAMAR
     DOB: 11-08-70
     PATIENT NO: 63658
     EXAM: BILATERAL HANDS 08-18-03

**BILATERAL HANDS:**
CLINICAL HISTORY: Injury.

FINDINGS: No fractures, dislocation, or other significant abnormalities are seen.

CONCLUSION:
Negative study.

GARY W. SCOTT, MD

GWS/lgh

8/18/03
O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

8/19/03
D. ESSEX, CRNP
FPC MONTGOMERY

525 S. Lawrence Street • P.O. Box 4117 • Montgomery, AL 36103 • 334/262-7226
Toll Free 1-800-844-SCAN

INMATE: CATO, LAMAR # 49616-019

UNIT: MONDILEI A.

DETAIL: _____

**MEDICAL RESTRICTION**
**FPC-MONTGOMERY**
**MONTGOMERY, ALABAMA**

DATE: 9/3/03

PLEASE BE ADVISED THAT THE ABOVE NAMED INMATE HAS BEEN GIVEN THE FOLLOWING MEDICAL CLASSIFICATION STATUS:

☐ **MEDICAL IDLE:** Return to work on: _____,

☐ **MEDICAL CONVALESCENCE:** Return to work on: _____,

☐ **MEDICALLY UNASSIGNED/NO DUTY:** Return to work on: _____,

☐ **RESTRICTED DUTY:** State type of restrictions _____ until _____

☐ **REGULAR DUTY** ✓

☒ **OTHER:** Low Bunk until 10/3/03

Signed: _____

### DEFINITIONS AND INSTRUCTIONS

**MEDICAL IDLE** - Temporary disability not to exceed seven (7) days duration including weekends and holidays. Restricts inmate to the immediate vicinity of the patient's cubicle except for meals, religious services, sick call, visitation, and callouts. (ABSOLUTELY NO RECREATIONAL ACTIVITY).

**MEDICAL CONVALESCENT** - Recovery period for operation, injury, or serious illness. Not to exceed thirty (30) days, subject to renewal. Full institutional and recreational privileges, subject only to medical limitations. DO NOT DISRUPT ANY WORK AREA WHILE ON CONVALESCENCE.

**MEDICALLY UNASSIGNED** - No work pending further medical evaluation by the clinical director. No recreation including sports or weight lifting activities.

**REGULAR DUTY** - No restrictions to work or recreational activity.

**REGULAR DUTY WITH RESTRICTIONS** - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental condition. List limitation and effective time period

WHITE: Medical Record
CANARY: Unit
PINK: Work Supervisor
GOLDENROD: Inmate

# MONTGOMERY IMAGING CENTER

2055 Normandie Drive, Suite 108
Montgomery, Alabama 36111

Phone (334) 288-4624   Fax (334) 288-8478

| | | | |
|---|---|---|---|
| John H. Payne, III, M.D. | Thomas S. Moore, M.D. | Mark H. LeQuire, M.D. | Mary M. Karst, M.D. |
| David C. Montiel, M.D. | Jason H. Dorey, M.D. | Christopher Dorvault, M.D. | Gary Leung, M.D. |
| Terry D. Williams, M.D. | Byron C. Machen, M.D. | Gordon Smith, M.D. | Oscar P. Orille, M.D. |
| Joseph M. Bailey, M.D. | Daniel S. Noyes, D.O. | Paul Hutchinson, M.D. | Eva Rubin, M.D. |
| David B. Neeland, M.D. | | | |

```
Patient:     CATO, LAMER
             DOB: 11/08/70    AGE:032

Referring Physician:  ORENCIO GARCIA, M.D.
```

[redacted]

CT BRAIN:

Multiple contiguous transaxial slices were made through the brain without IV contrast.

The patient has ethmoidal sinus disease with multiple ethmoidal air cells opacified. The maxillary sinuses are not included on this exam. The frontal sinuses are clear as were the sphenoid sinuses. The brain is within normal limits. No bleed, mass or infarct is detected. The skull is intact.

IMPRESSION:

ETHMOIDAL AIR CELL DISEASE. NO ABNORMALITY OF THE BRAIN OR SKULL DETECTED.

Technologist:     MARSHA WILLIAMS RT CT

Radiologist:      DANIEL S. NOYES, D.O.

Transcribed by: BARBARA on 08/28/2003 at 02:46 PM

# Advanced Medical Imaging Center

49616-019

ORENZIO GARCIA-BRENES, MD 11-03-03
MAXWELL FEDERAL PRISON CAMP
MAXWELL, AL 36112

RE:  CATO, LAMAR
     DOB: 11-08-70
     PATIENT NO: 63658
     EXAM: CT SINUSES 11-03-03

**CT SINUSES:**
A CT paranasal sinuses were done. Thin slices were done in coronal projection.
The sphenoid sinuses look normal. The ethmoid sinuses are clear. There is mild deviation of the nasal septum from the left to the right.
Significant polypoid mucosal changes are noted in the floor of the left maxillary antrum. Similar but less pronounced findings are noted in the flood of the right maxillary antrum. The frontal sinuses are clear.

**IMPRESSION:**
CT paranasal sinuses showing significant degenerating polypoid changes in the floor of the left maxillary antrum with polypoid changes on the right side involving the right maxillary antrum to a lesser degree. The other sinuses look normal. There is mild deviation of the nasal septum as described above.

LEWIS GAYDEN, MD

LG/lgh

*[Signature: O. Garcia-Brenes, M.D., Clinical Director, FPC-Montgomery  11/10/03]*

525 S. Lawrence Street • P.O. Box 4117 • Montgomery, AL 36103 • 334 262-7226
Toll Free 1-800-844-SCAN



## Advanced Medical Imaging Center

Advanced Medical Imaging Center
525 S Lawrence Street
Montgomery, AL 36104
334-262-7226
Toll Free: 800/844-7226
Fax: 334-261-2641

49616-019

Orenzio Garcia Brenes, MD 11/26/2003
Maxwell Air Force Base Building 1226
Montgomery, AL 36112

Re: Cato, Lamar
   DOB: 11/8/1970
   Account#: 776968
   Chart#: 63658
   Exam: MRI CERVICAL SPINE 11-26-03

**MRI CERVICAL SPINE:**
INDICATION: Neck pain and headaches following injury.

PROTOCOL: Parasagittal T1 and T2 weighted images with axial gradient echo images of the cervical spine. Additional parasagittal T1 post contrast images were submitted.

FINDINGS: There are no fractures. The cervical vertebral bodies are normal in height and the disc spaces are preserved. There is no bulging or herniated disc material and no spinal stenosis or foraminal encroachment. The spinal cord, thecal sac, and foramen magnum are normal. The Gadolinium enhancement is unremarkable.

IMPRESSION:
Normal MRI cervical spine.

DONALD H. DAHLENE, MD

DHD/lgh



**Advanced Medical Imaging Center**

Patient Name: _____
Appointment Date: _____ Time _____
Reason for exam: H̶o̶ Traumato
head 8/5/03

Referring Physician: O. Garcia-Reyes, M.D.
Clinical Director
FPC-Montgomery

( ) Please call report STAT-Phone _____
( ) Written report will be OK.
( ) Return patient to my office after exam.
( ) Patient may go home after exam.
( ) Please send copies of film to my office.

49616-019
AMAD
11-03-1770
OG 1226
MAXWELL AFB, AL 36112

11/26 9:00

MRI Cervical Spine done 11/26/03 @ AMIC - LR

Please follow the **appropriate** instructions below for the exam your doctor has ordered.

| TYPE OF EXAM | PATIENT INSTRUCTIONS |
|---|---|
| **FLUORO & ROUTINE** | |
| ( ) OCG | Eat a light dinner the night before the exam. No dairy products or fried foods 24 hours prior exam. At 8:30 p.m. take oragraphin capsules-one at a time-every 5 minutes. Nothing to eat or drink after 10 p.m. |
| ( ) IVP | Clear liquid diet for 24 hrs. prior to exam. Drink 8 oz. of water every hour from 1 p.m. until 12 a.m. At 5 p.m. drink entire bottle of magnesium citrate oral solution. At 8 p.m. take yellow Biscacyl tablets with water. Insert suppository 2 hours before exam time. Clear liquids up to time of exam. |
| ( ) UPPER G.I. <br> ( ) SMALL BOWEL | Nothing to eat or drink for 6 hours prior to exam. No smoking or gum chewing. |
| ( ) BARIUM ENEMA <br> ( ) BARIUM ENEMA W/AIR CONTRAST | Clear liquid diet for 24 hrs. prior to exam. Drink 8 oz. of water every hour from 1 p.m. until 12 a.m. At 5 p.m. drink entire bottle of magnesium citrate oral solution. At 8 p.m. take yellow Biscacyl tablets with water. Insert suppository 2 hours before exam time. Clear liquids up to time of exam. |
| ( ) MAMMOGRAM | No deodorant, powder, or lotion on chest area. |
| ( ) VENOGRAM | Nothing to eat or drink 2 hours prior to exam. |
| ( ) CHEST X-RAY | **THE FOLLOWING EXAMS REQUIRE NO PREPARATION** <br> ( ) OTHER _____ |

**ULTRASOUND**
( ) ABDOMINAL ULTRASOUND .......... Nothing to eat or drink 8 hours prior to exam. No dairy products or fried foods 24 hours prior to exam.
( ) SINGLE ORGAN (circle one) .......... Nothing to eat or drink 8 hours prior to exam. No dairy products or fried foods 24 hours prior to exam.
Gall Bladder    Liver    Pancreas    Spleen

( ) PELVIC ULTRASOUND ............... Drink 64 ounces of fluid 60 minutes prior to exam. You must have a full bladder for exam.
( ) OBSTETRICAL ULTRASOUND ....... Drink 64 ounces of fluid 60 minutes prior to exam. You must have a full bladder for exam.

**THE FOLLOWING EXAMS REQUIRE NO PREPARATION**
( ) RENAL ULTRASOUND       ( ) CAROTID VISUALIZATION       ( ) BREAST ULTRASOUND
( ) TESTICULAR ULTRASOUND  ( ) POPLITEAL ULTRASOUND       ( ) OTHER _____

**CT**
PLEASE BRING PREVIOUS CHEST X-RAYS OR SPINE FILMS
( ) CT ABDOMEN  ( ) WITH CONTRAST  ( ) W/O ..... Nothing to eat or drink 6 hours prior to exam. Drink redicat 2 hours before appointment time.
( ) CT PELVIS    ( ) WITH CONTRAST  ( ) W/O ..... Nothing to eat or drink 6 hours prior to exam. Drink redicat 2 hours before appointment time.
( ) CT HEAD WITH CONTRAST ............. Nothing to eat or drink 2 hours prior to exam.
( ) CT CHEST WITH CONTRAST ............ Nothing to eat or drink 2 hours prior to exam.

**THE FOLLOWING EXAMS REQUIRE NO PREPARATION**
( ) CT HEAD NO CONTRAST   ( ) CT CHEST NO CONTRAST     ( ) CT/AC                     ( ) CT THORACIC SPINE
( ) FACE-MAXILLA          ( ) CT CERVICAL SPINE        ( ) CT SINUS CORONALS ONLY   ( ) CT LUMBAR SPINE
( ) CT SINUS COMPLETE     ( ) CT HIGH RESOLUTION CHEST NO CONTRAST                  ( ) OTHER

**NUCLEAR MEDICINE**
( ) RENOGRAM .................... Drink approximately two 16 oz. cups of fluid 2 hours prior to exam.
( ) THYROID UPTAKE ............... No contrast or thyroid medication for three weeks.
( ) THYROID SCAN ................. No preparation is necessary.
( ) HIDA SCAN .................... Nothing to eat or drink after midnight prior to exam.
( ) GALLIUM SCAN ................. No prep is necessary, unless for abdominal or pelvis abcess. If so, follow above prep for Barium Enema.
( ) BONE ......................... No preparation is necessary. Radionucleid given and patient returns 3 hours later.
( ) OTHER

**MAGNETIC RESONANCE (MRI)**   PLEASE BRING PREVIOUS ROUTINE FILMS FOR AREA OF INTEREST LESS THAN 3 MO. OLD
NO PREPARATION IS NECESSARY FOR ANY MR EXAM. PLEASE DO NOT WEAR ANY JEWELRY
( ) MR BRAIN              ( ) MR CHEST             ( ) MR ABDOMEN           ( ) MR PELVIS
( ) MR LUMBAR SPINE       ( ) MR THORACIC SPINE    (X) MR CERVICAL SPINE    ( ) MRA HEAD
( ) MR KNEE R OR L        ( ) MR SHOULDER R OR L   ( ) MR PITUITARY         ( ) OTHER
( ) MR IAC's                                       ( ) MR SOFT TISSUE NECK  ( ) MRA NECK