# APPENDIX E

BP-S620.060 **PATIENT PROBLEM LIST** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

PROBLEM LIST

| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|---|---|---|---|
| 3/22/00 | EHM | HX of HTN - no meds | |
| 11/17/03 | Headaches | | |
| 11/17/03 | Polypoid change (Rt) & (Lt) maxillary sinus floor | | |
| 12/12/03 | Rx grad. ccc | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ADVERSE / ALLERGIC DRUG REACTIONS
(If none, record "No Known Drug Allergies)

"Penicillin" TD 3-14-00

CATO
LAMAR JR
49616-019
B / M DOB NOV 8, 1970
507 155 lbs eyes BN hr BK
CUSTODY OUT

(This form may be replicated via WP)



**Advanced Medical Imaging Center**

Advanced Medical Imaging Center
525 S Lawrence Street
Montgomery, AL 36104
334-262-7226
Toll Free: 800/844-7226
Fax: 334-261-2641

Orenzio Garcia Brenes,MD 01/27/2004
Maxwell Air Force Base Building 1226
Montgomery, AL 36112

Re: Cato, Lamar
DOB: 11/8/1970
Account#: 776968
Chart#: 63658
Exam: MRA BRAIN 01-27-04

**MRA BRAIN:**
HISTORY: Headaches. Rule out aneurysm.

FINDINGS: Rotational images obtained in the longitudinal and transverse planes. The distal internal carotid arteries are symmetrical and there is normal bifurcation into the A1 and M1 segments. There are paired internal anterior cerebral arteries present and the Sylvian branches appear symmetrical. The basilar arteries are fed by both vertebral arteries and the posterior cerebral arteries are normal. I see no evidence of stricture or aneurysm formation.

CONCLUSION:
Normal MRA brain.

PAUL A. TURNER, MD

PAT/lgh

1/28/04

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

INMATE: 49616-019

Cato, Lamar

UNIT: ______________________

DETAIL: ______________________

MEDICAL RESTRICTION
FPC-MONTGOMERY
MONTGOMERY, ALABAMA

SOS-1

DATE: 8/5/03

PLEASE BE ADVISED THAT THE ABOVE NAMED INMATE HAS BEEN GIVEN THE FOLLOWING MEDICAL CLASSIFICATION STATUS:

☐ MEDICAL IDLE UNTIL ______________________,

☒ MEDICAL CONVALESCENCE until 8/11/03,

☐ MEDICALLY UNASSIGNED/NO DUTY until ______________________,

☐ RESTRICTED DUTY: State type of restrictions ______________________ ______________________ until ______________________

☐ REGULAR DUTY

☐ OTHER: ______________________

D. ESSEX, CRNP
FPC-MONTGOMERY

Signed: [signature]

DEFINITIONS AND INSTRUCTIONS

MEDICAL IDLE - Temporary disability not to exceed seven (7) days duration including weekends and holidays. Retricts inmate to the immediate vicinity of the patient's cubicle except for meals, religious services, sick call, visitation, and callouts (ABSOLUTELY NO RECREATIONAL ACTIVITIY).

MEDICAL CONVALESCENT - Recovery period for operation, injury, or serious illness. Not to exceed thirty (30) days, subject to renewal. Full institutional and recreational privileges, subject only to medical limitations.

MEDICALLY UNASSIGNED - No work pending further medical evaluation by the Clinical Director. No recreation including sports or weight lifting activities.

REGULAR DUTY - No restrictions to work or recreational activity.

REGULAR DUTY WITH RESTRICTIONS - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental condition. List limitation and effective time period.

WHITE: Medical Record
CANARY: Health Information
PINK: Work Supervisor
GOLDENROD: Inmate

INMATE: 496 16-01 1
Cato Lara
11/08/1970

UNIT: ____________________

DETAIL: ____________________

MEDICAL RESTRICTION
FPC-MONTGOMERY
MONTGOMERY, ALABAMA

DATE: 8/7/03

PLEASE BE ADVISED THAT THE ABOVE NAMED INMATE HAS BEEN GIVEN THE FOLLOWING MEDICAL CLASSIFICATION STATUS:

☒ MEDICAL IDLE UNTIL 8/15/03,

☐ MEDICAL CONVALESCENCE until ____________________,

☐ MEDICALLY UNASSIGNED/NO DUTY until ____________________,

☐ RESTRICTED DUTY: State type of restrictions ____________________ ____________________ until ____________________

☐ REGULAR DUTY

☐ OTHER: ____________________

Signed: [signature]
D. ESSEX, CRNP
FPC MONTGOMERY

DEFINITIONS AND INSTRUCTIONS

MEDICAL IDLE - Temporary disability not to exceed seven (7) days duration including weekends and holidays. Retricts inmate to the immediate vicinity of the patient's cubicle except for meals, religious services, sick call, visitation, and callouts. (ABSOLUTELY NO RECREATIONAL ACTIVITIY).

MEDICAL CONVALESCENT - Recovery period for operation, injury, or serious illness. Not to exceed thirty (30) days, subject to renewal. Full institutional and recreational privileges, subject only to medical limitations.

MEDICALLY UNASSIGNED - No work pending further medical evaluation by the Clinical Director. No recreation including sports or weight lifting activities.

REGULAR DUTY - No restrictions to work or recreational activity.

REGULAR DUTY WITH RESTRICTIONS - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental condition. List limitation and effective time period.

WHITE: Medical Record
CANARY: Health Information
PINK: Work Supervisor
GOLDENROD: Inmate

**INMATE:**

**MEDICAL RESTRICTION**
**FPC-MONTGOMERY**
**MONTGOMERY, ALABAMA**

**UNIT:** ____________________

**DETAIL:** ____________________

**DATE:** 8/13/03

PLEASE BE ADVISED THAT THE ABOVE NAMED INMATE HAS BEEN GIVEN THE FOLLOWING MEDICAL CLASSIFICATION STATUS:

☐ **MEDICAL IDLE:** Return to work on: ____________________,

☐ **MEDICAL CONVALESCENCE:** Return to work on: ____________________,

☐ **MEDICALLY UNASSIGNED/NO DUTY:** Return to work on: ____________________,

☐ **RESTRICTED DUTY:** State type of restrictions ____________________ until ____________________

☐ **REGULAR DUTY**

☒ **OTHER:** Bottom Bunk until 9/1/03

**Signed:** O. Garcia-Barnes, M.D.
Clinical Director
FPC-Montgomery

**DEFINITIONS AND INSTRUCTIONS**

**MEDICAL IDLE** - Temporary disability not to exceed seven (7) days duration including weekends and holidays. Restricts inmate to the immediate vicinity of the patient's cubicle except for meals, religious services, sick call, visitation, and callouts (ABSOLUTELY NO RECREATIONAL ACTIVITY).

**MEDICAL CONVALESCENT** - Recovery period for operation, injury, or serious illness. Not to exceed thirty (30) days, subject to renewal. Full institutional and recreational privileges, subject only to medical limitations. DO NOT DISRUPT ANY WORK AREA WHILE ON CONVALESCENCE.

**MEDICALLY UNASSIGNED** - No work pending further medical evaluation by the clinical director. No recreation including sports or weight lifting activities.

**REGULAR DUTY** - No restrictions to work or recreational activity.

**REGULAR DUTY WITH RESTRICTIONS** - Restricted from work around machinery heights, heavy lifting, sports activities, etc., because of physical or mental condition. List limitation and effective time period.

WHITE: Medical Record
CANARY: Unit
PINK: Work Supervisor
GOLDENROD: Inmate

# OPTOMETRIC EVALUATION

DATE 13 Aug 03

OPTOMETRY CLINIC *(Please print and check applicable blocks)*

SEX ☑ MALE ☐ FEMALE

AGE 32

| I | REASON FOR VISIT |
|---|---|
| YES / NO | *(check each item)* |
| ✓ | BLUR AT DISTANCE Since 4 Aug 03 |
| | BLUR WHEN READING |
| | DOUBLE VISION |
| | HEADACHES |
| | NO COMPLAINTS |
| ✓ | OTHER D1224 since 4 Aug 03 |

| III | HAVE YOU EVER WORN CONTACT LENSES ☐ YES ☐ NO — *If yes, were they* |
|---|---|
| | *(check each item)* |
| | SOFT LENSES |
| | HARD LENSES |
| | GAS PERMEABLE (SEMI-SOFT) |
| | I NO LONGER WEAR CONTACT LENSES *(give reason)* |

| II | HAVE YOU EVER WORN GLASSES ☑ YES ☐ NO — *If yes, did you wear them for* |
|---|---|
| | *(check each item)* |
| ✓ | DISTANCE |
| ✓ | NEAR |
| | NO LONGER WEAR GLASSES |
| | LAST EYE EXAM 1998 ATL. |
| | HOW OLD ARE YOUR CURRENT GLASSES |

IV HAVE YOU EVER HAD ANY EYE INJURIES OR SURGERY — *If yes, please describe*

Hit head 4 Aug 03

V VOCATION/HOBBIES

| VI PERSONAL HX — *Do you have or have you had* | | | FAMILY MEDICAL HX — *Has anyone in your immediate family had* | | |
|---|---|---|---|---|---|
| YES | NO | *(check each item)* | YES | NO | *(check each item)* |
| | ✓ | DIABETES | | | DIABETES |
| ✓ | | HYPERTENSION | | | HYPERTENSION |
| | ✓ | ARTHRITIS | | | |

| VII OCULAR HX — *Do you have or have you had* | | | FAMILY OCULAR HX — *Has anyone in your immediate family had* | | |
|---|---|---|---|---|---|
| YES | NO | *(check each item)* | YES | NO | *(check each item)* |
| | ✓ | GLAUCOMA | | | GLAUCOMA |
| | ✓ | CATARACTS | | | CATARACTS |
| | ✓ | "LAZY EYES" | | | BLINDNESS |
| | ✓ | CROSS OR WALL EYES | | | OTHER |
| | | OTHER | | | |

OFFICE USE ONLY

TONOMETRY

TIME 2:35 PM

METHOD NCT

O.D. 13

O.S. 14

COLOR VISION

PASS FAIL

METHOD

ADDITIONAL COMMENTS OR TESTING

MED ALL

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

CATO, LAMAR JR.
49616-019

RECORDS MAINTAINED AT

| PATIENT'S NAME *(Last, First, Middle initial)* | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART. SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

NSN 7540-00-634-4176

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

AUTHORIZED FOR LOCAL REPRODUCTION

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8/7/03 | S: C/O headache, blurred on Tuesday |
| 0845 | & yesterday (+) dizziness, neg nausea |
| BP-124 | C/O soreness to left shoulder. Denies visual |
| 76 | O: Heart c RRR, Lungs Clear, TM's WNL |
| P-68 | throat clear, ext neg for edema, (-) |
| R-16 | Swelling. Mild swelling to left side of head |
| T-98[2] | questionable if normal aspect of skull. |
| | A- H/A Status R/T injury |
| Vision | Ext pain to hand ? Arthritis |
| 20/20 s glasses | P- CT of head 5 contrast |
| | Xray bilateral hand. |
| | S: Stated: hx of rotator surgery to left |
| | Shoulder. Also asking what makes a person |
| | ~~Aggravation~~ [illegible] - States he just jumps & shakes [illegible] |
| | has happened since injury on 8/4/03. |
| | P- Vistaril 25mg #30 i p.o. tid c IR |
| | D/C Motrin |
| | Tylenol 65 #40 ii p.o. q 4hrs prn |
| | c 4RR |
| | D/C Med Convalescence + A to Follow |

[signature]

Patient education and instructions given for: status relative to medication, treatments, activities, diet and self-care. He voices understanding. Return to HSU as needed or if any changes arise.

D. ESSEX, CRNP
FPC MONTGOMERY

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

49616-019
Cato, Lamar
DOB 11/8/1970

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9 202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8-7-03 1155 | ADMINISTRATIVE NOTE: written information given. Pharmacy Chart Review 2 Prescriptions Filled LTD. Folmar RPh. [signature] |
| 8/13/03 11:30 | S. "I had an accident on the 4th of this month (9 days ago). As I was opening a door of commissary, I was not looking and a golf cart hit the door. I did not fall, I jumped back, but the door or the frame hit me. It happened too fast, I don't remember, I have had a HA all the time since then, also dizziness which comes & goes. no nausea, no vomiting. Have had pain & inflammation of both (Rt) & (Lt) hand and of (Lt) shoulder" (pt. has hx of rotator cuff surgery approx. 10 yrs. ago) When asked if there was anything else, pt. replied, "yes, also blurred vision", when asked if he can read well, pt replied' |
| | O. 33 yo b ♂ Allergic to Penicillin |
| | BP 145/90 Pulse 62 Resp 14 |
| | Pt. in no apparent distress at this time. |
| | Athletic build individual c̄ good muscle tone |
| | Lungs CTA heart RRR carotids s̄ bruits |
| | Upon palpation of (Lt) shoulder, no crepitus felt, no pain elicited [illegible] upon shoulder abduction pt. ~~stated~~ [illegible] "I felt the pain on his (Lt) shoulder, eventhough pt. effortlessly |

FPI LEX. Printed on Recycled Paper

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8-7-03 1155 | ADMINISTRATIVE NOTE: written information given — Pharmacy Chart Review 2 Prescriptions Filled LTD. Folmar RPh. [signature] |
| 8/13/03 11:30 | S. "I had an accident on the 4th of this month (9 days ago). As I was opening a door of commissary, I was not looking and a golf cart hit the door. I did not fall, I jumped back, but the door or the frame hit me. It happened too fast, I don't remember, I have had a HA all the time since then, also dizziness which comes & goes. no nausea, no vomiting. I have had pain & inflammation of both (Rt) & (Lt) hand and of (Lt) shoulder" (pt. has hx of rotator cuff surgery approx. 10 yrs. ago) When asked if there was anything else, pt. replied, "yes, also blurred vision"; when asked if he can read well, pt replied' |
| | O. 33 yobo Allergic to Penicillin |
| | BP 145/90 Pulse 62 Resp 14 |
| | Pt. in no apparent distress at this time. |
| | Athletic build individual c̄ good muscle tone |
| | Lungs CTA heart RRR carotids s̄ bruits |
| | Upon palpation of (Lt) shoulder, no crepitus felt, no pain elicited [illegible] upon shoulder shrugs pt. ~~stated~~ agreed [illegible] if "I felt the pain" |
| | his (Lt) shoulder, even though pt. effortless[illegible] |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8/131/03 | O. shrugged both shoulders against my |
| 11 [30] | hands opposing resistance. No bruising (L) shoulder |
| (cont.) | There was no bruising nor inflammation |
| | of either hand observed nor any tenderness |
| | elicited. There was excellent grip strength |
| | bilaterally, as well as biceps & triceps excell |
| | strength bilaterally. On DTR's of |
| | arms, all were WNL bilaterally. |
| | no twitching; tremors or fasciculations |
| | observed (no jerky movements either). |
| | Head, there is no inflammation |
| | on either side of head, nor in the |
| | back (pt complained earlier of HA |
| | on both sides of head towards front |
| | and on occipital area). There is an old |
| | scar on left frontal area, which pt. |
| | states he got when he fell of a porch |
| | at age 10 and received some stitches. |
| | A. (1) Suspected HTN (2) nothing else found |
| | P. (1) Daily BP checks x 30 days. |
| | Pt has scheduled CT scan. |
| | Bottom bunk permit until 9/1/03 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | [signature] |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

4 [illegible] -319
CA [illegible]
[illegible]

| REGISTER NO. | WARD NO. |
|---|---|
| | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8/13/03 11³⁰ (cont) | P. Pt. was scheduled for today ō eye Doctor for a check up (claimed blurry vision). Pt. has medications and refills for pain at this time. |
| | O. Garcia-Brenes, M.D. Clinical Director FPC-Montgomery |
| 8/25/03 09³⁰ | S. Since last Thursday (8/21/03), I started coming down c̄ this bad cold. This is believe is making my headache worse. Have head congestion, nose congestion, the throat sore is over now, except for being stuffed up and the HA, I am feeling great, even better now that I am able to move around more. |
| | O. 32 y/o b/o Allergy to Penicillin BP 130/84 P 64 R 14 Wt. 174 T 98⁵ lungs: CTA heart: RR. ears: TM's intact, Ø erythema nose: very erythematous, inflamed. throat: erythematous would c̄ cobblestone neck: Ø tender Ø adenopathy |
| | A. ① URI ② Hx HA. ③ Suspected HTN |
| | P. ① CTM 4 mg tab. i tab PO tid #30 Ref#0 ② Tylenol 500 mg tab. ii tab PO q 6 hr PRN HA #30 Ref F/u after CT available or PRN ③ days x BP F/u |
| | "Patient education and instructions given" O. Garcia-Brenes, M.D. Clinical Director FPC-Montgomery |

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2/13/03 1800 | ADMINISTRATIVE NOTE: DC Erythromycin Cipro 500 mg PO BID x 5 days. [signature] A. [illegible], PA |
| | REVIEWED BY MD |
| 2/14/03 1630 | 1 PRESCRIPTIONS WRITTEN [signature] Q. GARCIA-BRENES, MD |
| 03-17-03 1500 | (S) c/o stomach & anal discomfort. (O) BP: 120/76 mmHg P: 84 B/m R: 20 /m. Anal: itch, [illegible], small painful mass: + (retro sternal burning sensation) (A) Hemorrhoid / gastritis (P) (1) Dibucaine oint - AA BID x 30D #1. (2) Zantac 150 mg 1 BID x 30D #60 (E) Patient education and instructions given for: H761, relative to medication, treatments, activities, diet and self-care. He voices understanding. Return to HSU as needed or if any changes arise. [signature] O. Rodriguez, PA FPC–Montgomery |
| 3-17-03 1550 | ADMINISTRATIVE NOTE: Pharmacy Chart Review written information given 2 Prescriptions Filled LTD. Folmar RPh. [signature] |
| 8/5/03 10A | See urg report [signature] D. ESSEX, CRNP FPC MONTGOMERY |
| 8/5/03 1045 | ADMINISTRATIVE NOTE: Pharmacy Chart Review written information given 1 Prescriptions Filled LTD. Folmar RPh. [signature] |

STANDARD FORM 600 (REV. 6-97)

FPI. LEX. Printed on Recycled Paper

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8-19-02 1155 | Rec'd at FPC-Montgomery 8-12-02 [signature] A. Robinson, HIT FPC–Montgomery |
| 11-1-02 1020 | [illegible handwriting] P: Sx 362 [signature] 11/1/02 M. PATCHEL, PA. FPC MONTGOMERY — Sick Call Reviewed O. Garcia-Brenes, M.D. Clinical Director FPC-Montgomery |
| 11-1-02 1220 | ADMINISTRATIVE NOTE — written information given. Pharmacy Chart Review ✓ Prescriptions Filled LT D. Folmar RPh [signature] |
| 2/13/03 1030 | S/ Pt. c/o pain localized on right side of the face; also c/o headache. Allergic to penicillin. |
| | O/ 32 y/o, Black, ♂. BP = 134/88, P = 7[illegible] R = 18, T = 97.1° F. Face = tenderness to pressure over right maxillar bone. |
| | A/ Maxillar Sinusitis |
| DC | P/ 1) Erythromycin 250 mg PO TID x 10 Days 2) Ibuprofen 800 mg PO TID x 5 days Education: explained how to use med., agreed. [signature] PA |
| 2/13/03 1631 | REVIEWED BY MD — 2 PRESCRIPTIONS WRITTEN [signature] O. GARCIA-BRENES, MD |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. | WARD NO.

48615-019
CATO
LAMAR
DOB 11-08-1970
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL 36112

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2/13/03 1800 | ADMINISTRATIVE NOTE: DC Erythromycin Cipro 500 mg PO BID x 5 days [signature] A. [illegible], PA |
| 2/14/03 1632 | REVIEWED BY MD ___ PRESCRIPTIONS WRITTEN [signature] O. GARCIA-BRENES, MD |
| 03-17-03 1502 | (S:) c/o stomach & anal discomfort (O:) BP: 120/76 mmHg P: 84 B/m R: 20 /m. ANAL: [illegible], [illegible], small painful mass. + [illegible] [illegible] (A) [illegible] / gastritis; (P). (1) Dibucaine oint - AA BID x 30 #1. (2) Zantac 150 mg i BID x 30 #60 (E) Patient education and instructions given for: [illegible], relative to medication, treatments, activities, diet and self-care. He voices understanding. Return to HSU as needed or if any changes arise. [signature] O. Rodriguez, PA FPC–Montgomery |
| 3-17-03 1550 | ADMINISTRATIVE NOTE Pharmacy Chart Review written information given 2 Prescriptions Filled LTD. Folmar RPh. [signature] |
| 8/5/03 10A | See my report [signature] D. ESSEX, CRNP FPC MONTGOMERY |
| 8/5/03 1045 | ADMINISTRATIVE NOTE written information given Pharmacy Chart Review 1 Prescriptions Filled LTD. Folmar RPh. [signature] |

STANDARD FORM 600 (REV. 6

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8-19-02 1155 | Rec'd at FPC-Montgomery 8-12-02 [signature] A. Robinson, HIT FPC–Montgomery |
| 11-1-02 1020 | S/O/A Permanente [illegible] [illegible] / P: See 362 [signature] M. PATCHEL, PA. FPC MONTGOMERY [signature] 11/1/02 Sick Call Reviewed O. Garcia-Brenes, M.D. Clinical Director FPC-Montgomery |
| 11-1-02 1220 | ADMINISTRATIVE NOTE written information given Pharmacy Chart Review [ ] Prescriptions Filled LT D. Folmar RPh [signature] |
| 2/13/03 1030 | S/ Pt. c/o pain localized on right side of the face; also c/o headache. allergic to penicillin. |
| | O/ 32 y/o, Black, M. BP=134/88, P= R=18, T=97.1° F. |
| | Face = tenderness to pressure over right maxillar bone. |
| | A/ Maxillar sinusitis |
| DC | P/ 1) Erythromycin 250 mg PO TID x10 d |
| | 2) Ibuprofen 800 mg PO TID x5 d |
| | Education: explained how to use med., agreed. [signature] |
| 2/13/03 | REVIEWED BY MD 2 PRESCRIPTIONS WRITTEN [signature] O. GARCIA-BRENES, MD 1631 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

[illegible]5-019
CATO
LAMAR
DOB 11-04-1970
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL 36112

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8-19-02 1155 | Rec'd at FPC-Montgomery 8-12-02 [signature] A. Robinson, HIT FPC–Montgomery |
| 11-1-02 1020 | [illegible] [illegible] P: [illegible] 362 M. PATCHEL, PA. FPC MONTGOMERY [signature] 11/1/02 Sick Call Reviewed O. Garcia-Brenes, M.D. Clinical Director FPC-Montgomery |
| 11-1-02 1220 | ADMINISTRATIVE NOTE Pharmacy Chart Review written information given ✓ Prescriptions Filled LTD. Folmar RPh. [signature] |
| 2/13/03 1030 | S/ Pt. c/o pain localized on right side of the face; also c/o headache. allergic to penicillin. |
| | O/ 32 y/o, Black, ♂. BP=134/88, P= R=18, T=97.1° F. |
| | Face = tenderness to pressure over right maxillar bone. |
| | A/ Maxillar sinusitis |
| DC | P/ 1) Erythromycin 250 mg PO TID x 10 d 2) Ibuprofen 800 mg PO TID x 5 d Education: explained how to use med., agreed. [signature] |
| 2/13/03 | REVIEWED BY MD 2 PRESCRIPTIONS WRITTEN O. GARCIA-BRENES, MD 1637 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO | WARD NO

?8915-019
CAYO
LAMAR
DOB 11-0?-1970
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL 36112

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8-19-02 1155 | Rec'd at FPC-Montgomery 8-12-02 [signature] A. Robinson, HIT FPC–Montgomery |
| 11-1-02 1025 | [illegible handwriting] P: [illegible] 362 [signature] M. PATCHEL, PA. FPC MONTGOMERY [signature] 11/1/02 Sick Call Reviewed O. Garcia-Brenes, M.D. Clinical Director FPC-Montgomery |
| 11-1-02 12:20 | ADMINISTRATIVE NOTE Pharmacy Chart Review ___ Prescriptions Filled LTD. Folmar RPh. written information given [signature] |
| 2/13/03 1030 | S/ Pt. c/o pain localized on right side of the face; also c/o headache. allergic to penicillin. |
| | O/ 32 y/o, Black, [male]. BP=134/88, p= R=18, T=97.1° F. |
| | Face = tenderness to pressure over right maxillar bone. |
| | A/ Maxillar sinusitis |
| DC | P/ 1) Erythromycin 250 mg PO TID x 10 d |
| | 2) Ibuprofen 800 mg PO TID x 5 d |
| | Education: explained how to use med., agreed. [signature] |
| 2/13/03 | REVIEWED BY MD 2 PRESCRIPTIONS WRITTEN [signature] O. GARCIA-BRENES, MD 1631 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO | WARD NO |
|---|---|

[illegible]-019
CAYSON
LAMAR
DOB 11-0[illegible]-1970
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL 36112

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 9/2/03 1450 (cont.) | P. Pt was fully explained of MRI results of 8/28/03 as no abnormality of brain or skull, but some ethmoidal sinus problem also of cryptic tonsils as found on examination. Pt verbalized understanding. F/U PRN c MLP |
| | Patient education and instructions given 1, 2, 3, 4 |
| | O. Garcia-Brenes, M.D. Clinical Director FPC-Montgomery |
| 9/3/03 0910 | ADMINISTRATIVE NOTE: written of [illegible] Pharmacy Chart Review / Prescriptions Filled LTD. Folmar RPh. |
| 9/3/03 1050 | Ad Note. Pt requests an extension of bottom bunk, claiming that he still gets dizzy occasionally. Pt is again reiterated that CT scan showed no abnormalities of brain and skull and there should be no reason why he should get dizzy however an extension of low bunk permit was extended until 10/3/03. Pt instructed to contact HSU by means of "Request for Medical appointment" if he continues c dizziness or he feels he needs another extension of low bunk permit |
| | O. Garcia-Brenes, M.D. Clinical Director FPC-Montgomery |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8/25/03 1240 | ADMINISTRATIVE NOTE: written information given<br>Pharmacy Chart Review<br>2 Prescriptions Filled<br>LTD. Folmar RPh. |
| 9/2/03 14:30 | S. "I am still have some HAs and feeling dizzy at times, my cold symptoms. My nose is stuffed up, at night I get some chills at night. The pills are helping a whole bunch. Need some refills on meds." |
| | O - 32 y/o b/m allergic to Penicillin<br>BP 122/72 P 64 R 14 Wt 174 T 98'<br>lungs: CTA heart RR.<br>ears TM's intact.<br>nose: erythematous, inflamed turbinates<br>throat: cryptic tonsils, slight cobblestoning of post neck. ø adenopathy |
| | A - ① Allergic Rhinitis, ② sinusitis ④ ø HTN ③ WNL CT scan (except for ethmoid air cell disease) |
| | P - ① Z pack Sig: Take as directed #1<br>Rx: No refills on Tylenol & CTM at this time. |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|
| | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

49616-019
Tate, Lamar
FPC Montgomery

| REGISTER NO. | WARD NO. |
|---|---|
| | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/12/03 10⁵⁵ (cont) | P. 2 tab PO qd, then ī tab PO qd, then D/C. Pt has acetaminophen at this time & does not want any. States he also has been buying some pain reliever at commissary which help him (advised to be careful ē meds he takes from commissary and the ones issued by us). Will F/U PRN. – Continue ē daily BP check. O. Garcia-Brenes, M.D. Clinical Director FPC Montgomery |
| 9/12/03 16⁰⁰ | REVIEWED BY MD PRESCRIPTIONS WRITTEN O. GARCIA-BRENES, MD |
| 9/22/03 (error 9/22/03) 10³⁰ | S. "I feel about the same ē the HA's, my neck muscles are about the same." O. 33 yo b o ♂ Allergic to Penicillin. BP 130/84 P 64 R 14 wt 170. lungs: CTA heart NL. musculoskeletal: slight tenderness at base of neck & (Rt) interscapular area. no spasm felt or observed. There is good (excellent) grip both hands as well as flexion/extension (biceps, triceps) bilat.) A. (1) muscle strain (residual from spasms) (2) h/o HA. P. (1) Medrol dose pack. Sig: take in decreasing doses dire. Warm compresses x 20 min t.i.d. pt informed both. States has pain medication refills left. F/U 30 days or PRN. O. Garcia-Brenes, M.D. Clinical Director FPC Montgomery |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/12/03 | S. "Still having headaches & dizziness. |
| 1055 | The yellow pill (CTM) is clearing up my |
| | sinuses, but I still have HA. |
| | The HA is on/off at different time of |
| | day, mainly in the back of head (points |
| | to occipital region) and (Rt) front of head |
| | (points to (Rt) forehead/temporal region). |
| | O. 33 yo b♂ allergic to Penicillin |
| | BP 135/85 P 62 R 14 wt. 172 |
| | Athletic build individual c̄ good muscle |
| | tonicity, in no apparent distress at |
| | this time. |
| | neck on (Rt) side c̄ slight spasm |
| | of sternocleidomastoid muscle c̄ |
| | tenderness at base of head region. |
| | [illegible]: This intact, no pain or trigger |
| | upon manipulation. |
| | A. (1) muscle spasm (Rt) base of neck. |
| | (2) [illegible] HA. |
| | P. (1) Prednisone 10 mg tabs 8 tabs PO qD, then 7 |
| | tabs PO qD, then 6 tabs PO qD, then 5 tabs |
| | PO qD then 4 tabs PO qD, then 3 tabs PO qD then |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|
| | | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO. |
|---|---|---|
| | | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/20/03 | O. (Lt) cryptis filled c white thick material |
| 1025 | ears: TM's intact, Ø erythema |
| (cont.) | nose: inflammed erythematous turbinates |
| | neck: no adenopathie |
| | A. (1) pharyngitis / tonsilitis (2) HA (sinus |
| | (3) Ethmoidal sinus disease ?) |
| | P. (1) Biaxin 500mg tab. i tab po bid x 14 d |
| | (2) Nasalcrom nasal sol. Sq ii sprays |
| | each nostril bid #1 |
| | Ordered a Coronal Sinus Series CT upon |
| | termination of Tx above |
| | F/u 30 day or PRN |
| | O. Garcia-Brenes, M.D. Clinical Director FPC Montgomery |
| | Patient education and instructions given for 1, 2, 3 treatment ... verbalized understanding. Return to HSU as needed. |
| 10/20/03 1240 | ADMINISTRATIVE NOTE: Pharmacy Chart Review 2 Prescriptions Filled LTD. Folmar RPh. written information given |

STANDARD FORM 600 (REV. 6-97) BA

FPI LEX Printed on Recycled Paper

N 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
| -5-03 | (S) c/o sore throat + neck tenderness |
| 135 | (O) T = 99.1 |
| | ENT: only (+) erythematous pharynx and (+) (R) cervical |
| | and (R) post cervical lymphadenopathy (-) tonsilar |
| | enlargement (-) exudate |
| | (A) Pharyngitis |
| | (P) (1) gave pt erythromycin 250mg tid disp 3 |
| | (2) instructed pt to return to sick call on 10-6-03 |
| | (3) gave pt Tylenol 325mg tablets for pain |
| | Patient education and instructions given for: [illegible] relative to medication, treatments, activities, diet and self-care. He voices understanding. Return to HSU as needed or if any changes arise. A. MCNEIL FPC MONTGOMERY, AL MID-LEVEL PRACTITIONER |
| 10/20/03 10^25 | S. "The HA are still bothering me, When |
| | I take the medication for pain helps |
| | (acetaminophen) but ran out last week |
| | night (10/15/03). I also have this cold |
| | for last 3-4 wks, c sore throat and |
| | cough c yellow/green sputum." |
| | O. 32 yo b ♂ Allergic to Penicillin |
| | BP 128/82 P 64 R 16 Wt 170 T 97.9 |
| | lungs: CTA. heart: RR. |
| | throat: slight erythema c cryptic tonsil |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

49615-019
CATO
LAMAR
DOB 11-08-1971
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL 36112

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 11/17/03 10:20 | P. (1) Tylenol 500mg 2 tab PO q 4-6hr PRN pain #30 Ref #2 |
| (cont) | MRI of neck c & s contrast ordered today |
| | F/u 30 day or PRN |
| | Patient education and instructions given for 1, 2, 3 ... verbalized understanding. Return to HSU as needed. |
| | O. Garcia-Brenes, M.D. Clinical Director FPC-Montgomery |
| 11/17/03 1250 | ADMINISTRATIVE NOTE: Pharmacy Chart Review ✓ Prescriptions Filled LTD. Folmar RPh. written information given |

CCC
CAR___ ENDO/LIPID___
DM___ Mntl-Hlth
HTN___ Infect-Dise ___
GEN___ Neurology ___
PUL___ Ortho/Rheum___
GASTRO___

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 11/17/03 10^20 | S. Pt called in to inform of CT of sinuses of 11/3/03. He is informed of significant degenerating polypoid change in floor of (Lt) maxillary antrum and (Rt) side maxillary antrum to lesser degree. He is explained that this is a chronic condition that have been there for awhile and while it can give headaches on occasion, it would have probably given him HA's prior to the accident. Pt reiterates that he has had HA's only since the accident. |
| | O. 32 yo b [illegible] Allergic to Penicillin. |
| | BP 132/82 P 68 R 14 Wt 170 |
| | lungs: CTA. heart: NM. |
| | neck - ∅ spasms ∅ adenopathies. |
| | back: ∅ spasms noted at this time, but pt. refers tenderness to (Lt) interscapular area. |
| | A. (1) HA's by Hx (2) polypoid change (Lt) & (Rt) maxillary sinus floor (see CT of 11/3/03) |
| | (3) Hx trauma on 8/5/03 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | over → |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO. |
|---|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12/12/03 9³⁵ (cont) | O. nose, c̄ some mucus (light yellow), slight erythema |
| | neck ∅ adenopathies. |
| | A. (1) Hx HA's (as per pt) (2) polypoid changes (Lt) & (Rt) maxillary sinus floor (probably cause of HA's?) |
| | (3) Hx trauma 8/5/03 (4) (Lt) ear infection |
| | (5). sinusitis / pharyngitis |
| | P. (1) ~~Debrox~~ error 12/12/03 Cipro and Sol (otic) Sig. instill 4-6 gtts (Lt) ear as directed #1 |
| | (2) Cipro 500 mg Sig T tab po bid x 14 days ~~c̄ prod... Sig ... take as directed (ii 1st day 1 qd until finish)~~ error 12/12/03 #1 |
| | (3) Humibid DM Sig. T tab po bid #10 |
| | (4) Tylenol 500 mg ii tab po q 6 hrs PRN for pain #30 refill 2 |
| | (5) Actifed Sig T tab po tid. #15 |
| | Reassured pt. c̄ regards to HA's, informed him of (NL) MRI c-spine of 11/26/03 and reiterated to him that all other exams had been negative, except for the polypoid change at maxillary sinuses, which probably had been there for some time, but not due to accident. This long standing sinus condition could be the probable cause of his HA's. Pt. verbalized understanding F/U PRN D/C general care |
| | ... information and instructions given |
| | O. Garcia-Brenes, M.D. Clinical Director FPC-Montgomery |

NSN 7540-00-634-4176 AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 12/12/03 0935 | S. "The HA's are about the same, no better I think I had a reaction to the dye which was injected for the MRI on Wednesday, nothing happened that day, but on Friday I had a rash on back and (Rt) leg. Did feel a little dizzy while the study was being done. The HA's come & go during the day. The pills I take help, make my HA's better, but don't take it away completely When the HA's come, I get a black vision on (Lt) eye and momentarily cannot see anything, then I sit down & relax and then goes away. I have had sinus problems since the accident and cold c̄ cough & yellow/green sputum, also itching in my (Lt) ear for past 2 wks |
| | O. 32 y/o b/o allergic to Penicillin. BP 122/80 P 64 R 14 Wt 169 T 97.7 lungs CTA heart RR [illegible] ears: (Rt) ear TM intact, ∅ erythema ∅ D/c (Lt) ear TM intact c̄ whitish discoloration throat slight erythema, some cobblestoning ∅ |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| | | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. WARD NO.

CATO, LAMAR
# 49616-019
FPC Montgomery

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12/12/03 1155 | ADMINISTRATIVE NOTE written information given — Pharmacy Chart Review 5 Prescriptions Filled LTD. Folmar RPh. [signature] |
| 1/15/04 1525 | S. "I've had the HA's on the sides (points to both temporal area) and base of neck (that one he explains is sharp), occasional dizziness, memory losses and HOT flashes. The antib[iotic] given in Dec. did not make [it go] away |
| | O. 33 y/o B♂ allergic to Penicillin |
| | BP 122/74 P 64 R 14 Wt 172 |
| | lungs: CTA heart RR. |
| | ears: (Rt) ex. TM intact ∅ erythema ∅ D/C ∅ desquamation |
| | (Lt) ex. TM intact ∅ erythema ∅ D/C ∅ desquamation. |
| | head: pt complains of tender to the touch at both temporal area and occipital area (not base of neck) when the base of skull is manipulated (c̄ the neck as well), pt does not complain of p[ain] shoulders, neck, and interscapular a[rea] are also non-tender to manipulation |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

49616-019
Cato, Lamar
FPC Montgomery

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9 202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/5/04 1525 (cont.) | A. (1) Hx HA's (as per Pt.) (2) Hx polypoid change maxillary floor (sinus), probable cause of HA's (but states antibiotics given in December did not help. |
| | (3) Hx trauma 8/5/03 |
| | P. Pt. is reassured, reminding him that X-ray of head had been negative, CT of brain had been also normal (except for ethmoidal cell disease), CT of sinuses had been normal except for polypoid change on both maxillary antrums, MRI of cervical spine was also normal. Pt. then said "yeah, but my aunt also had HA's, the Doctor told her she had nothing and she died of a brain aneurism 2 weeks later. I asked if his aunt had an MRI prior to dying and he said "I don't know". Pt. was reassured again, told him he already had a (nl) CT as above mentioned, looking for bleeding, tumors and other problems, but that I would order an MRI to further reassure him. Asked him if he wanted something for pain like Tylenol. He said yes. I reminded him he was given Tylenol c refills in Dec., and said he had not taken it and did not have them anymore & would like some. |
| | (1) Tylenol 500 mgs ii tab PO q 6 hrs PRN x per #40 Ref #2 |
| | (2) MRI of brain c̄ & s̄ contrast R/O aneurism |

STANDARD FORM 600 (REV. 6-97) BACK

FPI. LEX. Printed on Recycled Paper

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/30/04 10³⁵ (cont) | 11-26-03 ; and MRA of 01-27-04 had all showed NORMAL. He was then asked if there was any stress in his life that could be causing HA's and pt. said "yes." I then asked What is causing your stress, and he said "this camp." I informed pt. that all the tests that had been done were normal (except the polypoid changes in sinuses) and that perhaps his HA's were due to his perception of stress. At this time I asked pt. if he would mind being seen by Psychologist at our Institution and he agreed, asking if he would be put on the call out to see her. I told him that I would refer him to her for F/U. Dr. Bailey contacted and given pt's name & number for F/U. F/U PRN after pt. verbalized understanding of normal tests & told him to pick meds from |
| | O. Garcia-Briñes, M.D. Clinical Director FPC-Montgomery |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/15/04 | P. F/u after MRI results available or PRO |
| 1525 | O. Garcia-Brenes, M.D. Clinical Director FPC-Montgomery |
| Cont) | ADMINISTRATIVE NOTE: |
| 1-16-04 | 1 Rx filled. [signature] RPh |
| | Contract RPh |
| 1/30/04 | S. "The HA's are about the same, I |
| 1035 | did take some tylenol I bought |
| | at commissary." (Pt says the medication |
| | of tylenol Rx on 1/15/04 was not ready. Clar |
| | c pharmacy & meds are in the Pharmacy bin). |
| | O. 33 yo b♂ Allergic to Penicillin |
| | BP 122/76 P 67 R 17 wt. 172 |
| | physical deferred at this time |
| | A. ① Hx HA's as per pt |
| | ② Hx trauma on 8/5/03 |
| | P. Pt. reassured again after being informed |
| | of MRA done on 1/27/04 to R/O aneurism |
| | as being normal. Pt. then reiterated |
| | that X-rays of hand & wrist of 11/13/02; bilate |
| | hands of 08-18-03; CT of head of 08/28/03; |
| | CT of sinuses of 11-03-03 (this showed polyp |
| | degenerating changes); MRI of cervical spine |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO

# 49616-019
CATO, LAMAR
FPC montgomery

CHRONOLOGICAL RECORD OF MEDICAL CA[RE]
Medical Record
STANDARD FORM 600 (REV 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |

The following items were withheld. If you wish copies of these documents, please make you request in writing to: Central Office, Office of General Counsel, Freedom of Information (FOI) Section, 320 First Street, N.W., HOLC Building, Room 714, Washington, DC 20534. A copy of this form must accompany your request.

| #pages | entry | date | provider | form | vol/section | signature |
| --- | --- | --- | --- | --- | --- | --- |

NSN 7540-00-634-4176

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9-5-03 | Administrative Note: |
| 1025 | The following records were released to inmate per their written request: |

No:

| No. | Record |
|---|---|
| 38 | Progress notes dated 2/8/00 to 9/3/03 |
| | Inpatient progress notes |
| | Doctors Orders / ______ Nursing notes |
| | Federal Prisoner in Transit sheets |
| 4 | Laboratory results |
| 3 | X-Ray reports |
| 1 | EKG's |
| | EMG's |
| 1 | Medication sheets |
| | Physical Therapy reports |
| 1 | Problem list |
| 2 | Immunization sheets |
| 8 | Report of Medical History |
| 2 | Report of Medical Examination |
| 19 | Medical Intake screening form (BP354) |
| 3 | Consultations |
| | Outpatient reports |
| | Gynecological records |
| 5 | Dental Records |
| | Flow Sheets |
| | Civilian Records |
| 3 | Injury Reports |
| 4 | Medical Restriction forms |
| | Medical Treatment Refusal form |
| | Miscellaneous Forms: |
| 89 | Total pages released |

SIGNATURE: [signature]

WITNESS: [signature]

A. Robinson, BT
FPC-Montgomery

Continued Over

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial) | SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRA

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BI

rd.Date 1/01/02 CATO, LAMAR JR 49616-019 M. PATCH (2)Refills
TAKE ONE TABLET BY MOUTH THREE TIMES DAILY WITH FOOD AS NEEDED FOR PAIN / SWELLING
Rx # 4342 IBUPROFEN 400 MG TAB #30

Ord.Date 02/13/03 CATO, LAMAR JR 49616-019 O. GARCIA-BREN (0)Refills
TAKE ONE TABLET BY MOUTH THREE TIMES DAILY UNTIL GONE
Rx # 33361 ERYTHROMYCIN DELAYED RELEASE 250 TAB #30

Ord.Date 02/13/03 CATO, LAMAR JR 49616-019 O. GARCIA-BREN (0)Refills
TAKE ONE TABLET 3 TIMES A DAY AFTER MEALS
Rx # 33362 IBUPROFEN 800 MG TAB #15

Ord.Date 02/14/03 CATO, LAMAR JR 49616-019 O. GARCIA-BREN (0)Refills
TAKE ONE TABLET BY MOUTH TWICE DAILY
Rx # 33402 CIPROFLOXACIN 500 MG TAB #10

Ord.Date 03/17/03 CATO, LAMAR JR 49616-019 O. RODRIGUEZ (0)Refills
APPLY TO AFFECTED AREA TWICE DAILY AS DIRECTED
Rx # 34220 DIBUCAINE OINTMENT 1% GM #1

Ord.Date 03/17/03 CATO, LAMAR JR 49616-019 O. RODRIGUEZ (0)Refills
TAKE ONE TABLET TWICE DAILY
Rx # 34221 RANITIDINE 150 MG TAB #60

Ord.Date 08/05/03 CATO, LAMAR JR 49616-019 D. ESSEX (4)Refills
TAKE ONE TABLET BY MOUTH THREE TIMES DAILY WITH FOOD AS NEEDED
Rx # 38515 IBUPROFEN 800 MG TAB #30

Ord.Date 08/07/03 CATO, LAMAR JR 49616-019 D. ESSEX (4)Refills
TAKE TWO TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED ( DO NOT TAKE MORE THAN 8 TABLETS IN 24 HOURS )
Rx # 38604 ACETAMINOPHEN 500 MG CAP #40

Ord.Date 08/07/03 CATO, LAMAR JR 49616-019 D. ESSEX (1)Refills
TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY
Rx # 38605 HYDROXYZINE PAMOATE 25 MG CAP #30

Ord.Date 08/25/03 CATO, LAMAR JR 49616-019 O. GARCIA-BREN (2)Refills
TAKE ONE TABLET BY MOUTH THREE TIMES DAILY ( DO NOT TAKE WITH HYDROXYZINE PAMOATE )
Rx # 39156 CHLORPHENIRAMINE 4 MG TAB #30

Ord.Date 08/25/03 CATO, LAMAR JR 49616-019 O. GARCIA-BREN (2)Refills
TAKE TWO TABLETS BY MOUTH EVERY SIX HOURS AS NEEDED FOR HEADACHES
Rx # 39157 ACETAMINOPHEN 500 MG CAP #30

Ord.Date 09/03/03 CATO, LAMAR JR 49616-019 O. GARCIA-BREN (0)Refills
TAKE TWO TABLETS BY MOUTH ON THE FIRST DAY, THEN TAKE ONE TABLET BY MOUTH EACH DAY X 4 DAYS
Rx # 39445 AZITHROMYCIN 250 MG TAB #6

Ord.Date 09/12/03 CATO, LAMAR JR 49616-019 O. GARCIA-BR (0)Refills
TAKE EIGHT TABLETS BY MOUTH FOR 2 DAYS, THEN 7, THEN 6, THEN 5, THEN 4, THEN 3, THEN 2, THEN 1, ALL FOR 2 DAYS EACH UNTIL GONE.
Rx # 39821 PREDNISONE 10 MG TAB #

Ord.Date 10/20/03 CATO, LAMAR JR 49616-019 O. GARCIA-BREN (0)Refills
TAKE ONE TABLET BY MOUTH TWICE DAILY X 14 DAYS
Rx # 40799 CLARITHROMYCIN 500 MG TAB #28

Ord.Date 10/20/03 CATO, LAMAR JR 49616-019 O. GARCIA-BRE (0)Refills
2 SPRAYS IN EACH NOSTRIL TWICE DAILY
Rx # 40800 FLUNISOLIDE NASAL SPRAY 0.025% ML #

Ord.Date 11/17/03 CATO, LAMAR JR 49616-019 O. GARCIA-BREN (2)Refills
TAKE TWO TABLETS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN
Rx # 41708 ACETAMINOPHEN 500 MG CAP #30

Ord.Date 12/12/03 CATO, LAMAR JR 49616-019 O. GARCIA-BREN (0)Refills
PLACE 4-6 DROPS IN THE LEFT EAR AS DIRECTED
Exp.Date 01/10/04
Rx # 42624 ACETIC ACID 2% OTIC #1

Ord.Date 12/12/03 CATO, LAMAR JR 49616-019 O. GARCIA-BRE (0)Refills
TAKE ONE TABLET BY MOUTH TWICE DAILY
Rx # 42625 CIPROFLOXACIN 500 MG TAB #2

Ord.Date 12/12/03 CATO, LAMAR JR 49616-019 O. GARC (0)R
TAKE ONE TABLET BY MOUTH TWIC DAILY
Exp.Date 12/16/03
Rx # 42626 GUAIFEN/DEXTRO 600/30MG TAB

Ord.Date 12/12/03 CATO, LAMAR JR 49616-019 O. GARCIA-B (2)Refil
TAKE TWO TABLETS BY MOUTH EVER SIX HOURS AS NEEDED FOR PAIN
Exp.Date 02/10/04
Rx # 42627 ACETAMINOPHEN 500 MG CAP

Ord.Date 12/12/03 CATO, LAMAR JR 49616-019 O. GARCIA-B (0)Refills
TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
Exp.Date 12/16/03
Rx # 42628 [illegible]

Ord.Date CATO, LAMAR JR
01/16/04 40616-048 (7)Refills

TAKE TWO TABLETS EVERY SIX HOURS AS NEEDED FOR PAIN

Rx # 43742 ACETAMINOPHEN 500 MG CAP #40

RECEIVED

LAMAR JR CATO, 49616-019
MONTGOMERY FPC UNT: MOBILE QTR: 001-021L 04 JAN 26 PM 12:08
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112

FPC MAXWELL