# UNITED STATES DISTRICT COURT

For The Middle District of Alabama

Lamar Cato,

Plaintiff,

V.

Ruth Yancey, Tom West
Wayne Rogers, Dalphanie Essex,
Steven Burns, Marsha Rudolph,

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: CA: 2:05cv872-F

I, _____Lamar Cato_____ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  **Estill Federal Prison Camp, Estill, SC**

   Are you employed at the institution? _Yes_   Do you receive any payment from the institution? $18.00

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Plaintiff is Currently Incarcerated at the adress above.

   [b.] If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Dobbs International in 1993 earning approximately $9.50 an hour.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. No Dependants

I declare under penalty of perjury that the above information is true and correct.

9/6/06      *Lamar Cates*
Date              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 49616019 | Current Institution: | Estill FCI |
| Inmate Name: | CATO, LAMAR | Housing Unit: | UNIT |
| Report Date: | 09/05/2005 | Living Quarters: | I04-423L |
| Report Time: | 9:13:37 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5627 |
| FRP Participation Status: | Completed |
| Arrived From: | ATL |
| Transferred To: | |
| Account Creation Date: | 7/25/2002 |
| Local Account Activation Date: | 5/12/2005 4:29:39 AM |
| Sort Codes: | |
| Last Account Update: | 9/4/2005 5:56:48 PM |
| Account Status: | Active |
| ITS Balance: | $6.65 |

#### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

### Account Balances

| | |
|---|---|
| Account Balance: | $114.85 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $114.85 |
| National 6 Months Deposits: | $990.00 |
| National 6 Months Withdrawals: | $1,185.47 |
| National 6 Months Avg Daily Balance: | $238.70 |
| Local Max. Balance - Prev. 30 Days: | $522.99 |
| Average Balance - Prev. 30 Days: | $282.66 |

## Commissary History

### Purchases

Validation Period Purchases: $268.20
YTD Purchases: $809.67
Last Sales Date: 8/30/2005 1:57:29 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $370.92

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $268.20
Remaining Spending Limit: $21.80

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments: