IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LAMAR CATO, #49616-019 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-872-F |
| RUTH YANCY, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

Plaintiff is incarcerated at FPC Estill located in Estill, South Carolina. He files the instant *Bivens* action complaining that he was denied timely medical care while incarcerated at the Maxwell Federal Prison Camp in Montgomery, Alabama, and that correctional officers retaliated against him for taking legal action with respect to his medical treatment claim.

Plaintiff's complaint has been accepted for filing. However, before further proceedings in this matter are conducted, the court deems it appropriate to direct Plaintiff to amend his complaint concerning the factual allegations contained therein.

Accordingly, it is ORDERED that within fifteen (15) days of the filing date of this order Plaintiff shall file an amendment to his complaint which:

1. States the date on which Captain Michael Stevens is alleged to have retaliated against Plaintiff by denying his family visitation because they arrived at 12:05 p.m. instead of 12:00 p.m.; and

2. States the date Officers Briggs and Carter are alleged to have retaliated against Plaintiff by placing him in the "pit;"

3. States the date on which Plaintiff was released from the "pit;"

4. States the date on which Officer Todd is alleged to have retaliated against Plaintiff by terminating Plaintiff's visit with his sister; and

5. States how Officer's Todd conduct in terminating Plaintiff's visitation period with his sister as described in ¶ 4 subjected Plaintiff to retaliation.

Plaintiff is hereby advised that the amendment to the complaint must set forth short and plain statements showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure.*

Plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

It is further

ORDERED that the Clerk of Court TAKE ALL NECESSARY STEPS to amend the court docket to reflect that Captain Michael Stevens and Officers Briggs and Carter are named defendants.

DONE, this 2nd day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE