UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LAMAR CATO,                          )
PLAINTIFF,                           )
                                     )
                                     )
VS.                                  )    CIVIL ACTION NO.: 2-05-CV-872-F
                                     )
                                     )
RUTH YANCEY, ET AL.,                 )
DEFENDANTS.                          )
                                     )

### AMENDMENT TO COMPLAINT

COMES NOW plaintiff, Lamar Cato, pro se, in response to the Court's 2 November order, submits the following amendments to his complaint:

1. Paragraph **24** of Cato's complaint is amended to state that: Plaintiff, Lamar Cato submits the officers listed below have retaliated against him in the following manner:

○ On or about August 15, 2003, Captain Michael Stevens denied Lamar Cato's family visitation when they arrived at 12:05 p.m., and stated visit cut off was 12:00 p.m., however inmates are called to visit up until 1:00 p.m., and sometimes even later;

○ On or about August 13, 2003, Lamar Cato was issued a bottom bunk pass from medical because of the accident mentioned above. Officer Briggs and Officer Carter have placed Lamar Cato in "Pit," which is used for inmates that do not comply with Institution Rules and Regulations. Since Lamar Cato has been in the "Pit," it has turned over as least three (3) times with

new inmates. Mr. Cato was released from the "Pit" on March 15, 2004, the day he was transferred from Maxwell FPC.

o   On or about November 1, 2003, Officer Todd retaliated against Cato by terminating his visit with his sister for no discernible reason.

Respectfully submitted,

*Lamar Cato*
Lamar Cato, pro se
#49616-019
Federal Prison Camp
P.O. Box 699
Estill, SC 29918

Done on this 9th day of November, 2005.