IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAMAR CATO #49616-019, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv872-F |
| ) | (WO) |
| RUTH YANCEY, et al., ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on December 6, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The claims arising from plaintiff's allegations of inadequate medical care on August 4, 2003 and the claims arising from his August 13 and 15, 2003 allegations of retaliation are DISMISSED pursuant to the provisions of 28 U.S.C. § 1915(3)(2)(B)(i) as the complaint is not filed within the time prescribed by the applicable period of limitations;

2. Plaintiff's November 1, 2003 retaliation claim are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) ; and

3. This case is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

Done this the 9th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE